# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



PRINT THIS

Powered by Clickability

Apr. 05, 2010
Copyright © Las Vegas Review-Journal

## DOUG ELFMAN: IRS targets strip clubs, taxis over bonuses

The IRS is finally cracking down on the way strip clubs give $10 to $100 in bonuses to taxi and limo drivers for every customer they deliver. In a month or two, the IRS is expected to demand that strip clubs give 1099 forms to drivers.

That may sound simple. But this could lead to the IRS collecting tens of millions of dollars in cash to cabbies and limos, each year. That money has been going underreported for decades, presumably.

The law already says clubs must give 1099s to drivers. But clubs have not done so, partly out of anxiety that drivers might take customers to rival clubs that don't make them deal with 1099s.

Last year, the IRS was clued in on how much money it was missing out on. The agency subpoenaed strip club records, looking for possible criminal violations.

A few weeks ago, the IRS called clubs. About 40 club execs and 10 IRS agents sat down, and the IRS suits told them: You won't be criminally charged for the past, but you will start handing out 1099s or we will shut you down and send you to jail.

This could shake the foundation of the way millions in cash changes hands among hotel doormen, cabbies, limo drivers and strip clubs.

Here's how part of the quid pro quo works:

Various hotel doormen ask people in taxi lines where they're headed. Doormen aren't necessarily interested in tourists' sunny day. They're also trying to find out which tourists want to go to a strip club. When a doorman finds guys looking for naked ladies, they may pull them out of a taxi line and say, "Let me put you in this free limo."

Cabdrivers hate that, because it takes strip club cash out of their pockets.

Then that limo driver takes his riders to a strip club, gets paid by the club an extra $10 to $100 per rider, then heads back to the doorman and gives him as much as one-fourth to half of that strip club cash.

One irate cabdriver told me Saturday night that some doormen have cash overflowing out of their hats and pockets.

By law, a limo driver must then give the doorman a 1099 form showing how much money the doorman made off of that transaction. But even with new IRS heat, I couldn't find anyone who thinks drivers will give 1099 forms to doormen.

"Imagine giving him that!" a limo driver told me Saturday night.

That limo driver said if he gets $200 in strip club money for one ride, he has to give $40 to his limo company to cover the "free ride," then he splits cash with the doorman. Under an IRS crackdown, if the limo driver doesn't give a 1099 to that doorman, the limo driver will end up paying taxes on cash he gave to the doorman.

"It's not like I don't want to pay taxes. But I tip a LOT of people," the limo driver said. "Everybody's worried about it."

Drivers told me some hotels execs are anxious the IRS is involved, even though strip club cash supplements doormen's wages. (By the way, Steve Wynn officially disallows the strip club/doorman practice, drivers say.)

Drivers also told me there was absolutely, positively no way any doorman would talk to me about any of this, since it has to do with cash and the IRS. A typical doorman I approached (I asked: "Are you worried about drivers' giving you 1099s?") looked at me flatly and claimed, "I haven't heard anything about it," said nothing else, and didn't ask me what I was talking about.

A different taxi driver says so many strip clubgoers are rerouted into limos at MGM that he and some other taxi drivers boycott the hotel.

That taxi driver's routine: He advises customers on which club to hit, and nine out of 10 listen. If the worst strip club in town suddenly offered him $130 per rider, he'd take them there.

Some days, every club magically pays the same amount. The taxi driver told me that's when he asks a customer what he's looking for -- full nude, "friendly girls" or booze -- and he honestly takes them to an appropriate spot.

The taxi driver also said strip clubs aren't the only businesses giving him bonus cash: Drivers get delivery bonuses from massage parlors and a swingers spot; a high-end car rental has offered cash to taxi drivers; escorts from girl-to-room street cards can bring in $150 to $200 in an envelope. Even a golf business has paid $2 per fare.

And brothels! Brothels dish out 30 to 40 percent of a john's cash to drivers. The taxi driver told me that for one trip, he could get $300 to $400 from a brothel, plus $350 for the round trip fare, and he can wait for the john in the brothel's "driver's lounge," play pool, watch TV and be "mingling with the girls."

Brothels have always given him a 1099 form. Brothels: Forever on the up-and-up.

Anyway, he said, "If taxis stop taking people to strip clubs, I think about half of the clubs would go out of business."

"There's a lot of good drivers out there," Palomino strip club owner Adam Gentile told me.

But various drivers have been upset that Palomino pays less than other clubs. So even though tourists tell cabbies they watch the Palomino on the club's own reality show "King of Clubs" on Playboy Channel, some cabbies tell riders it's closed.

"We've heard we were 'burned down.' We've heard we were 'a gay club,'" Gentile says. "I've been in a cab, about a year and a half ago: I tried to get a ride to my own club and couldn't!"

Three months ago, a cabbie dropped off a group of five guys, expecting $150 for $30 a head. The Palomino gave the cabbie $100.

"He threatened us. He tried to push past us to go into the club to take the customers out, and take

them to another club," Gentile says.

The customers walked outside to see what the problem was. The cabbie told them to get back in the cab. They refused.

"The driver got in his car and tried to hit the customers with his cab," he said.

Such bad apples are hurting good cabbies' reputations, Gentile says. They think they can get away with anything, because they believe there are no repercussions -- since people in transportation and politics have decided not to do much about anything, he says.

Gentile even cut back on advertising, because various drivers have negated ads by telling customers the Palomino is shut.

On the other hand, it wasn't drivers who created this mess so much as strip clubs that ratcheted up handouts, he said.

Some clubs, on big nights, have paid $70 to $100 per person for 1,000 customers.

Clubs offset handouts with high prices, charging, say, $400 for a $15 bottle of booze, or $37 for two weak cocktails. Some clubs have tried paying taxes on handouts to drivers, but that's a no-go with the IRS.

"It's a bad situation when you're like, 'Oh, thank God, the IRS is looking into us.' That shows you just how bad it had to get," Gentile says.

His club is already giving drivers 1099-like forms, he said.

"I don't particularly like the idea of prison, so I tend to follow the law," he said.

Gentile worries a competitor won't abide by IRS enforcement, which would give that club an unfair advantage if the IRS doesn't crack down immediately.

But in that big meeting a few weeks ago, the IRS encouraged club owners to anonymously rat out rival clubs that don't do 1099 forms.

"Until someone is nailed to a wooden cross as an example to the others, it will continue," Gentile says. "I don't want to be the one nailed to the cross."

Doug Elfman's column appears on Mondays, Tuesdays and Fridays. Contact him at 383-0391 or e-mail him at delfman@reviewjournal.com. He also blogs at reviewjournal.com/elfman.

**Find this article at:**
http://www.lvrj.com/news/irs-targets-strip-clubs--taxis-over-bonuses-89897662.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2



| | SPORTSBETTING | Skybook | BetJamaica | Hollywood | **Casinos** | **Poker** |
| | SBG Global | 5Dimes | EasyStreet | Jazz Sports | Vegas Casino | DoylesRoom |
| | SIA | BetVegasVic | SportBet | ABC PPH | Las Vegas USA | BlackChipPoker |
| | BetED | BetPhoenix | Betfair | MySportsOffice | Sun Palace | PokerStars |
| | Sportsbook | OSC | | | Slots Plus | UltimateBet |

HOME | FORUM | SPORTSOPTIONS | PICKS | FREE ODDS | SCORES | NBA | MLB | NHL | NCAAB | SPORTSBOOKS | CASINOS | POKER | ARCHIVE

Breaking Injuries | Free Picks | Live Odds | Doc's Advisory Board | Deposit $116 get $116 bonus from Sports Interaction!

Sportsbetting Forums | Offshore Sportsbooks & Online Sports Picks > Offshore Talk > OFFSHORE FORUM - Online Sportsbetting
**Vegas: strip clubs, IRS, cabbies, and kickbacks**

Register | Blogs | FAQ | Members List | Calendar | Today's Posts | Search

Thread Tools  Display Modes

**04-05-2010, 08:49 AM**  #**1**

**Presto**
RX Wizard



Join Date: Dec 2005
Location: Sam Adams, unindicted child molester
Posts: 5,738

**Vegas: strip clubs, IRS, cabbies, and kickbacks**

IRS is cracking down on strip clubs, cabbies and door men. An entertaining read. Some clubs pay out up to a total of $100,000 a night to cabbies and limo drivers!

**DOUG ELFMAN: IRS targets strip clubs, taxis over bonuses**



**DOUG ELFMAN**
**MORE COLUMNS**

The IRS is finally cracking down on the way strip clubs give $10 to $100 in bonuses to taxi and limo drivers for every customer they deliver. In a month or two, the IRS is expected to demand that strip clubs give 1099 forms to drivers.
That may sound simple. But this could lead to the IRS collecting tens of millions of dollars in cash to cabbies and limos, each year. That money has been going underreported for decades, presumably.

The law already says clubs must give 1099s to drivers. But clubs have not done so, partly out of anxiety that drivers might take customers to rival clubs that don't make them deal with 1099s. Last year, the IRS was clued in on how much money it was missing out on. The agency subpoenaed strip club records, looking for possible criminal violations.
A few weeks ago, the IRS called clubs. About 40 club execs and 10 IRS agents sat down, and the IRS suits told them: You won't be criminally charged for the past, but you will start handing out 1099s or we will shut you down and send you to jail.
This could shake the foundation of the way millions in cash changes hands among hotel doormen, cabbies, limo drivers and strip clubs.
Here's how part of the quid pro quo works:
Various hotel doormen ask people in taxi lines where they're headed. Doormen aren't necessarily interested in tourists' sunny day. They're also trying to find out which tourists want to go to a strip club. When a doorman finds guys looking for naked ladies, they may pull them out of a taxi line and say, "Let me put you in this free limo."
Cabdrivers hate that, because it takes strip club cash out of their pockets.
Then that limo driver takes his riders to a strip club, gets paid by the club an extra $10 to $100 per rider, then heads back to the doorman and gives him as much as one-fourth to half of that strip club cash.
One irate cabdriver told me Saturday night that some doormen have cash overflowing out of their hats and pockets.
By law, a limo driver must then give the doorman a 1099 form showing how much money the doorman made off of that transaction. But even with new IRS heat, I couldn't find anyone who thinks drivers will give 1099 forms to doormen.
"Imagine giving him that!" a limo driver told me Saturday night.



**Most Popular Stories**

1. Fortunes rise and fall for one North Las Vegas neighborhood
2. Public employees scrutinized
3. Man dies in 2-car collision; driver arrested, faces drunken driving charge
4. Local man seeks 'Apprentice' spot
5. Millions feel 7.2 quake in Mexico, California, Arizona; small impact in Las Vegas
6. High wind warning issued for Las Vegas Valley for tonight, Monday
7. I-15 way station frets train talk

That limo driver said if he gets $200 in strip club money for one ride, he has to give $40 to his limo company to cover the "free ride," then he splits cash with the doorman. Under an IRS crackdown, if the limo driver doesn't give a 1099 to that doorman, the limo driver will end up paying taxes on cash he gave to the doorman.

"It's not like I don't want to pay taxes. But I tip a LOT of people," the limo driver said. "Everybody's worried about it."

Drivers told me some hotels execs are anxious the IRS is involved, even though strip club cash supplements doormen's wages. (By the way, Steve Wynn officially disallows the strip club/doorman practice, drivers say.)

Drivers also told me there was absolutely, positively no way any doorman would talk to me about any of this, since it has to do with cash and the IRS. A typical doorman I approached (I asked: "Are you worried about drivers' giving you 1099s?") looked at me flatly and claimed, "I haven't heard anything about it," said nothing else, and didn't ask me what I was talking about.

A different taxi driver says so many strip clubgoers are rerouted into limos at MGM that he and some other taxi drivers boycott the hotel.

That taxi driver's routine: He advises customers on which club to hit, and nine out of 10 listen. If the worst strip club in town suddenly offered him $130 per rider, he'd take them there.

Some days, every club magically pays the same amount. The taxi driver told me that's when he asks a customer what he's looking for -- full nude, "friendly girls" or booze -- and he honestly takes them to an appropriate spot.

The taxi driver also said strip clubs aren't the only businesses giving him bonus cash: Drivers get delivery bonuses from massage parlors and a swingers spot; a high-end car rental has offered cash to taxi drivers; escorts from girl-to-room street cards can bring in $150 to $200 in an envelope. Even a golf business has paid $2 per fare.

And brothels! Brothels dish out 30 to 40 percent of a john's cash to drivers. The taxi driver told me that for one trip, he could get $300 to $400 from a brothel, plus $350 for the round trip fare, and he can wait for the john in the brothel's "driver's lounge," play pool, watch TV and be "mingling with the girls."

Brothels have always given him a 1099 form. Brothels: Forever on the up-and-up.

Anyway, he said, "If taxis stop taking people to strip clubs, I think about half of the clubs would go out of business."

"There's a lot of good drivers out there," Palomino strip club owner Adam Gentile told me.

But various drivers have been upset that Palomino pays less than other clubs. So even though tourists tell cabbies they watch the Palomino on the club's own reality show "King of Clubs" on Playboy Channel, some cabbies told riders it's closed.

"We've heard we were 'burned down.' We've heard we were 'a gay club,'" Gentile says. "I've been in a cab, about a year and a half ago: I tried to get a ride to my own club and couldn't!"

Three months ago, a cabbie dropped off a group of five guys, expecting $150 for $30 a head. The Palomino gave the cabbie $100.

"He threatened us. He tried to push past us to go into the club to take the customers out, and take them to another club," Gentile says.

The customers walked outside to see what the problem was. The cabbie told them to get back in the cab. They refused.

"The driver got in his car and tried to hit the customers with his cab," he said.

Such bad apples are hurting good cabbies' reputations, Gentile says. They think they can get away with anything, because they believe there are no repercussions -- since people in transportation and politics have decided not to do much about anything, he says.

Gentile even cut back on advertising, because various drivers have negated ads by telling customers the Palomino is shut.

On the other hand, it wasn't drivers who created this mess so much as strip clubs that ratcheted up handouts, he said.

Some clubs, on big nights, have paid $70 to $100 per person for 1,000 customers.

Clubs offset handouts with high prices, charging, say, $400 for a $15 bottle of booze, or $37 for two weak cocktails. Some clubs have tried paying taxes on handouts to drivers, but that's a no-go with the IRS.

"It's a bad situation when you're like, 'Oh, thank God, the IRS is looking into us.' That shows you just how bad it had to get," Gentile says.

His club is already giving drivers 1099-like forms, he said.

"I don't particularly like the idea of prison, so I tend to follow the law," he said.

Gentile worries a competitor won't abide by IRS enforcement, which would give that club an unfair advantage if the IRS doesn't crack down immediately.

But in that big meeting a few weeks ago, the IRS encouraged club owners to anonymously rat out rival clubs that don't do 1099 forms.

"Until someone is nailed to a wooden cross as an example to the others, it will continue," Gentile says. "I don't want to be the one nailed to the cross."

Doug Elfman's column appears on Mondays, Tuesdays and Fridays. Contact him at 383-0391 or e-mail him at delfman@reviewjournal.com. He also blogs at reviewjournal.com/elfman.

8. Apple fans across Las Vegas, U.S. take a bite out of new iPad tablet computers
9. Wells Fargo's debit card fees a slap to unemployed Nevadans
10. Reid campaign bus fueled and packed

MULTIMEDIA

Sponsored Links

**Mortgage Refinance 3.25%**
Mortgage Refinance: $200,000 loan for $791/mo. No SSN - FREE Quotes!

**1,000 TV Channels for $39.95?**
Be able to watch thousands of channels directly on your PC.

Sponsored Links

**Mortgage Refinance 3.25%**
Mortgage Refinance: $200,000 loan for $791/mo. No SSN - FREE Quotes!

**Turn Your PC Into a TV!**
Will Internet TV really replace the old TV box? Read more here.

---

04-05-2010, 10:01 AM                                                                                                      #2

**Akillies**
closer

guess who ends up paying these exorbitant finders fee's?



Join Date: May 2005
Location: Raleigh
Posts: 3,412



« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**
OFFSHORE FORUM - Online Sportsbetting

All times are GMT -4. The time now is 04:54 PM.

Contact Us - Therx.com Community Forum - Archive - Top

Powered by vBulletin® Version 3.7.3
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.

US CITIZENS PLEASE NOTE: The information contained at this site is for news and entertainment purposes only. Any use of this information in violation of any federal, state or local law is prohibited.

© 2007 **RX Advertising**, Inc. LLC , All Rights Reserved
sportsbook , sports betting , sports forum , football betting , online gambling , casino gambling , gambling
and much more only at Therx.com (ThePrescription), your best source for sport news & sports betting , online sportsbook action.

# EXHIBIT 3

# EXHIBIT 3







**02-23-2006, 03:20 PM** #26

**5teamparlay**
RX SemiGod

Here is a cheesy ass video from the grand opening:

http://video.google.com/videoplay?do...87&q=las+vegas

Join Date: Sep 2004
Location: Riverview, Florida
Posts: 12,376

**02-23-2006, 03:25 PM** #27

**WildBill**
RX Wizard

Quote:
Originally Posted by **Santo**
I've not seen a mention of a sportsbook in any of the press coverage... I assume they have one, but is it something robotic like Del Mar, or individual?

They have a book and a bar sort of together. I think it is run by Leroys.

Join Date: Sep 2004
Posts: 8,796



**02-10-2009, 11:51 AM** #28

**5teamparlay**
RX SemiGod

Feb. 10, 2009
Copyright © Las Vegas Review-Journal

## Analyst says default likely for Hooters

Join Date: Sep 2004
Location: Riverview, Florida
Posts: 12,376

By ARNOLD M. KNIGHTLY
LAS VEGAS REVIEW-JOURNAL Hooters Hotel could default on its $130 million bond in the next few months if the current operating environment doesn't improve quickly, according to a bond analyst's Monday note to investors.
The note was issued after the off-Strip property estimated that it would post an operating loss of $1.5 million in the fourth quarter. Hooters made the estimate in a preliminary revenue report released Monday morning to the Securities and Exchange Commission.

Barbara Cappaert, a bond analyst with KDP Investment Advisors, said "given the fourth-quarter operating performance and the expectation that the first quarter will be equally as bad, the company is unlikely to make its April coupon," referring to a $3 million bond payment due April 1.
Michael Hessling, property president and minority owner, declined to comment on Monday.
Cappaert is not the only analyst expressing concern about Hooters' economic vitality.
Moody's Investment Services downgraded the property's debt in December to Ca, or extremely speculative, from Caa3, or in poor standing, because "it appears unlikely that the company will generate sufficient cash flow to avoid a default."
Moody's bond analyst Kendra Smith expressed concern then that the property would not be able to make $11.4 million in debt payments due this year.

Hooters' revenues dropped 11.9 percent to $13.3 million from $15.1 million for the quarter ended Dec. 31, the filing with the Securities and Exchange Commission shows.
Fourth-quarter cash flow, defined as earnings before interest, taxes, depreciation and amortization, was $600,000, down from $1.8 million reported a year earlier.
Hotel revenues dropped 22.7 percent and casino revenues slipped 4.3 percent, but food and beverage revenues remained flat.
Hooters joins Station Casinos, Harrah's Entertainment, Herbst Gaming and Black Gaming as privately held casino companies caught with high debt loads after the economic downturn.
Contact reporter Arnold M. Knightly at aknightly@reviewjournal.com or 702-477-3893.

---

02-10-2009, 12:12 PM — #29

**Presto**
RX Wizard

Join Date: Dec 2005
Location: Sam Adams, unindicted child molester
Posts: 5,738

Classic example of bad timing. They bought in at the high.
Never visited, but can't recall anyone saying good things about the place.

Stations is done. Harrah's is so big they might survive with some asset reductions. The whole industry, like the economy, is a mess.

Nothing better than watching that loser Trump go down in flames. I feel for the employees, but Trump is a turd.

---

02-10-2009, 12:49 PM — #30

**J2**
RX Senior

Join Date: Feb 2002
Posts: 3,361

Good riddance to this dump of a property

---

02-10-2009, 01:03 PM — #31

**Akillies**
closer

Join Date: May 2005
Location: Raleigh
Posts: 3,412

they could try offering some games that give the gambler a fair chance at winning. The time i was in their it reminded me of the casino in " vegas vacation" that cousin eddie takes clark too.

---

02-10-2009, 03:14 PM — #32

**RobFunk**
Super Moderator

Join Date: Apr 2002
Location: Internet
Posts: 44,368

I must be one of the few that actually liked this place. I stayed in a suite for about 100 a night and had a great time just chill'n there at the bar, talking to the girls and playing poker.

My only complaint was the pool is cold :( But I enjoyed the fact it wasnt jam packed with people like every other place in Vegas. Just laid back and relaxing. I will freely admit, it is not good at all if your sole intention is to do some serious gambling. (Which I didnt care much about for those few days)

Case 2:10-cv-00852-JCM-PAL    Document 1    Filed 06/04/10    Page 13 of 18



☐ 02-10-2009, 06:48 PM                                                                                   #33

**JDeuce**
RX Senior

Join Date: Sep 2004
Location: Los Angeles
Posts: 1,368

Agree with Funk. I dig Hooters.

Hooters isn't the Wynn, but it also isn't that bad if you're just looking for a cheap and clean place to stay in Vegas for the weekend. I like that you can almost always get a seat at a blackjack table, but the bad news is the sports book is probably the worst on the strip (not to mention, I've played in bigger home poker games than what they call their poker room).

I hope they don't go under. I usually visit that place at least once every time I go to Vegas and I seem to make money more often than not...

Quote

Post Reply                                                                          Page 2 of 2  <  1  **2**

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**
OFFSHORE FORUM - Online Sportsbetting    Go

All times are GMT -4. The time now is 05:04 PM.

Contact Us - Therx.com Community Forum - Archive - Top

Powered by vBulletin® Version 3.7.3
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.

US CITIZENS PLEASE NOTE: The information contained at this site is for news and entertainment purposes only. Any use of this information in violation of any federal, state or local law is prohibited.

© 2007 **RX Advertising**, Inc. LLC , All Rights Reserved
sportsbook , sports betting , sports forum , football betting , online gambling , casino gambling , gambling
and much more only at Therx.com (ThePrescription), your best source for sport news & sports betting , online sportsbook action.

# EXHIBIT 4

# EXHIBIT 4





| SPORTSBETTING | Skybook | BetJamaica | Hollywood | Casinos | Poker |
|---|---|---|---|---|---|
| SBG Global | 5Dimes | EasyStreet | Jazz Sports | Vegas Casino | DoylesRoom |
| SIA | BetVegasVic | SportBet | ABC PPH | Las Vegas USA | BlackChipPoker |
| BetED Sportsbook | BetPhoenix OSC | Betfair | MySportsOffice | Sun Palace Slots Plus | PokerStars UltimateBet |

HOME | FORUM | SPORTSOPTIONS | PICKS | FREE ODDS | SCORES | NBA | MLB | NHL | NCAAB | SPORTSBOOKS | CASINOS | POKER | ARCHIVE

Breaking Injuries | Free Picks | Live Odds | Doc's Advisory Board | Deposit $116 get $116 bonus from Sports Interaction!

Sportsbetting Forums | Offshore Sportsbooks & Online Sports Picks > Offshore Talk > OFFSHORE FORUM - Online Sportsbetting
**Sin city to become snitch city**

User Name [User Name] ☐ Remember Me?
Password [      ] [Log in]

| Register | Blogs | FAQ | Members List | Calendar | Today's Posts | Search |

[Post Reply]

Thread Tools ▽   Display Modes ▽

04-22-2009, 05:06 PM                                                                                      #1

**Presto**
RX Wizard

Join Date: Dec 2005
Location: Sam Adams, unindicted child molester
Posts: 5,738

**Sin city to become snitch city**

Hotel employees will be spying on guests, officially. At least they are not endorsing fascism.
http://www.lvrj.com/news/43411467.html

Apr. 22, 2009
Copyright © Las Vegas Review-Journal

**U.S. SENATE TESTIMONY: Sheriff sees hotels, casinos helping**

**Tipsters would include valets, bell captains**

By STEVE TETREAULT
LAS VEGAS REVIEW-JOURNAL
WASHINGTON -- Southern Nevada authorities are seeking to make greater use of thousands of front line-resort workers such as valets and housekeepers to tip off police to shady behavior and possible criminal and terrorist activity, Congress was told on Tuesday.
Clark County Sheriff Doug Gillespie said law enforcers are stepping up their outreach to Strip and downtown hotels, and also to private guards who live and work in Las Vegas.

"In our community there are over 6,700 private security professionals, and thousands more valet attendants, housekeepers and bell captains, each poised and capable of detecting suspicious behaviors indicating criminal activity," Gillespie told a Senate homeland security subcommittee on preparedness.
"We are working to harness this incredible force multiplier," he said.
Gillespie said Las Vegas police are closing in on an agreement for the Las Vegas Convention and Visitors Authority to fund an analyst to work within the Southern Nevada Counterterrorism Center. The so-called "fusion center" is where representatives of 13 federal, state and local agencies -- roughly 60 professionals -- work full time to monitor potential threats of all kinds. The center opened in 2007.
The new analyst would effectively become "the eyes and ears of the resort corridor," Gillespie said.
This person would sift through reports and tips from hotels, where workers have been trained to report suspicious activities and where authorities meet regularly with resort security chiefs.
"Aides, the bell folks, valets, walk around these businesses all the time," Gillespie said after the hearing. "We get a lot of calls now about suitcases and packages, things where years ago they just picked it up and threw it in the garbage or put it in lost and found."
With the addition of an analyst dedicated to the resorts, "we are looking to make that more of a day-to-day type function within the fusion center," Gillespie said.
"I think it is very foolish of us to live in the community that we do and not to incorporate that aspect of the community."
Gillespie told senators that local authorities "recognize and completely understand" the civil liberties concerns of integrating the private sector into stepped up law enforcement.
"I firmly believe we can work that out," he said.
Gillespie also reported that his agency has enrolled as a pilot participant in a new "ground level" homeland security program that will allow information gathered by patrol officers to be passed up a chain and shared "so some dots can be connected."
The Nationwide Suspicious Activities Reporting Initiative standardizes information sharing among law enforcement agencies. The pilot program will link a dozen metropolitan police agencies, allowing them to access and analyze each other's intelligence reports on suspicious activities, said Capt. Brett Primas, who commands the Metropolitan Police Department's Homeland Security Bureau.
Las Vegas police are part of the second phase of the rollout and could be online later this year, he said.
Gillespie's testimony was given at a hearing on how state, local and federal officials were working to combat drug trafficking and other crimes.
Review-Journal reporter Brian Haynes contributed to this report.

[Quote]

| 04-23-2009, 07:54 AM | | #2 |

**aceduecetrey**
RX Wizard



Join Date: Sep 2004
Location: 6/9/2009 - 9/12/2009
Posts: 6,331

So the maid comes in a finds a bag of blow or some pills, she will report it now instead of just stealing it?

[Quote]

[Post Reply]

« Previous Thread | Next Thread »

**Posting Rules**

You **may not** post new threads
You **may not** post replies
You **may not** post attachments
You **may not** edit your posts

BB code is **On**
Smilies are **On**
[IMG] code is **On**
HTML code is **On**

**Forum Jump**
OFFSHORE FORUM - Online Sportsbetting [Go]

All times are GMT -4. The time now is 05:06 PM.

Contact Us - Therx.com Community Forum - Archive - Top

Powered by vBulletin® Version 3.7.3
Copyright ©2000 - 2010, Jelsoft Enterprises Ltd.

US CITIZENS PLEASE NOTE: The information contained at this site is for news and entertainment purposes only. Any use of this information in violation of any federal, state or local law is prohibited.

© 2007 **RX Advertising**, Inc. LLC , All Rights Reserved
sportsbook , sports betting , sports forum , football betting , online gambling , casino gambling , gambling
and much more only at Therx.com (ThePrescription), your best source for sport news & sports betting , online sportsbook action.

# EXHIBIT 5

# EXHIBIT 5

```
Type of Work:       Text

Registration Number / Date:
                    TX0007145863 / 2010-05-26

Application Title: IRS targets strip clubs, taxis over bonuses.

Title:              IRS targets strip clubs, taxis over bonuses.

Appears in:         Las Vegas Review-Journal

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-04-05

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:     C.O. correspondence.

Names:              Stephens Media LLC
                    Righthaven LLC

==============================================================================
```